UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ERNEST C. HARRIS, | ) | CASE NO. 1:08 CV 80 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| JUDGE NANCY R. MCDONNELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum
of Opinion in this case, it is therefore ORDERED that this action
is dismissed.  Further, the court certifies, pursuant to 28 U.S.C.
§ 1915(a)(3), that an appeal from this decision could not be taken
in good faith.


/S/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE